BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>MATTHEW LUKE GILLUM and<br>JOLENE CHAN,<br><br>      Defendants. | 2:13-MJ-0222-KJN<br>2:13-MJ-0223-KJN<br><br>STIPULATION AND ORDER<br>CONTINUING PRELIMINARY HEARING<br>DATE<br><br>Judge: Hon. Dale A. Drozd |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. At the defendants' initial appearance on July 24, 2013, this matter was set for a Preliminary Hearing on August 8, 2013. That Preliminary Hearing was subsequently continued to August 15, 2013, by stipulation of the parties.

2. By this Stipulation, the parties now move to continue the Preliminary Hearing until September 5, 2013, at 2:00 p.m., before Magistrate Judge Edmund F. Brennan.

Stipulation to Continue             1           United States v. Gillum et al.

3. The parties have discussed a potential pre-indictment resolution of this matter. The parties need further time to discuss this matter and discuss any potential consequences.

**IT IS SO STIPULATED.**

DATED: August 12, 2013        /s/ Justin L. Lee
                              JUSTIN L. LEE
                              Assistant U.S. Attorney

DATED: August 12, 2013        /s/ Thomas A. Johnson
                              THOMAS A. JOHNSON
                              Attorney for Matthew Gillum
                              (as authorized on August 12, 2013)

DATED: August 12, 2013        /s/ Michael L. Chastaine
                              MICHAEL L. CHASTAINE
                              Attorney for Jolene Chan
                              (as authorized on August 12, 2013)

**ORDER**

IT IS SO ORDERED.

Dated: August 13, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Gillum0223.stipord.cont.PE.docx